# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>ADOLFO ESCOBAR,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 18CR5236-LAB<br><br>**ORDER REQUIRING THE GOVERNMENT TO SUPPLEMENT ITS BRIEFING IN SUPPORT OF MOTION TO FILE EXHIBITS UNDER SEAL** |

In support of its opposition to Defendant Adolfo Escobar's sentence to reduce his sentence, the government filed a motion for leave to file certain documents under seal. the motion gives a general explanation of the need for sealing, without identifying the standard or explaining why the standard is met. The government's proposed order, however, suggests it believes the "good cause" standard applies.

In general, criminal proceedings (including post-trial proceedings) and the documents filed in them are presumed to be open. *CBS, Inc. v. U.S. Dist. Ct. for Cent. Dist. of Calif.,* 765 F.2d 823 825 (9th Cir. 1985). The motion does not make clear whether the government considers the documents presumptively open, in which case the standard would be the higher "compelling reasons" test. *See United States v. Doe*, 870 F.3d 991, 997 (9th Cir. 2017) (discussing the standard for sealing documents in support of a motion for sentence reduction).

The government is **ORDERED** to file a supplemental brief addressing the standard for sealing, and explaining why it is met in this case.

**IT IS SO ORDERED**.

DATED: January 11, 2021

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge